JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOISES HERNANDEZ, | ) | Case No. CV 10-2812-JHN (DTB) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| FRANCISCO JACQUEZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 23, 2011

                                                JACQUELINE H. NGUYEN
                                                UNITED STATES DISTRICT JUDGE